```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

            - against -

ERIK CIRIACO,

                           Defendant.
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___7/22/2021___

SCHEDULING NOTICE

21 Cr. 0450 (ER)

An arraignment and initial conference will be held remotely and by telephone on **August 4, 2021 at 3:30 p.m.**  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated:  July 22, 2021
        New York, New York

                                        s/ Jazmin Rivera_____
                                        Jazmin Rivera, Courtroom Deputy