# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/12/2021

October 6, 2021

**BY ECF**
Honorable Judge Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Erik Ciriaco**
      **21 Cr. 450 (ER)**

Dear Judge Ramos,

      With the consent of the government, I write to request a 60-day adjounemt of Mr. Ciriaco's status conference, currently scheduled for October 8, 2021. I am currently in trial and will be unavailable on Friday. Moreover, I will need additional time to review discovery with Mr. Ciriaco and discuss any potential pretrial resolution with the government. For this reason, I request a an adjournment to the week of December 6 or the week of December 20. As mentioned, the Government does not oppose this adjournment.

      Addiitonallly, I consent to the exlcudion of time until the next status conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York

cc:   Kaylan Lasky (ECF).

---

**MEMO ENDORSED**

The October 8, 2021 pretrial conference is adjourned to December 9, 2021 at 10:00 a.m. Speedy trial time is excluded from October 8, 2021 until December 9, 2021, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 10/12/2021
New York, New York