# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/15/2021

December 15, 2021

## MEMO ENDORSED

**BY EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The application is  X   granted
> ___ denied
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J
> Dated: 12/15/2021
> New York, New York

Re:   **United States v. Erik Ciriaco**
      **21 CR. 450 (ER)**

Dear Judge Ramos,

With the consent of the Pretrial Services Agency, I respectfully write on behalf of my client, Erik Ciriaco, to request that he be removed from home detention and placed on a curfew enforced by location monitoring. The Government defers to Pretrial. Mr. Ciriaco is fully compliant with his conditions of release. He is currently enrolled in substance abuse treatment, working as a security officer, and attending college at the Borough of Manhattan Community College. He has made tremendous progress on Pretrial release. Placement on a curfew instead of home detention would allow him to spend the little extra time that he has with family, especially during the holidays.

In addition, I write to request that Mr. Ciriaco be permitted to spend December 24 through December 26 in Trumbull, Connecicut with his fiance's family. His fiancé, Jessica Urena, also serves as his third party custodian. Pretrial does not oppose his travel to the District of Connecticut but as a matter of policy opposes his overnight stay in Connecticut. The Government defers to Pretrial. I ask that the Court permit Mr. Ciriaco to remain in Trumbull, Connecticut overnight so as not to disrupt the Christmas holiday.

Mr. Ciriaco has been on home detention since initial bail conditions were set on May 12, 2021. He has not travelled outside of the District since May. I ask that given Mr. Ciriaco's compliance and the upcoming holidays he be placed on a curfew and permitted to travel and remain overnight in Trumbull, Connecticut, under the supervision of his third party custodian, Ms. Urena.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Kaylan Lasky (ECF).