# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/20/2021

**BY EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Erik Ciriaco**
     **21 CR. 450 (ER)**

Dear Judge Ramos,

On December 15, 2021, the Court granted the defense's bail modification request placing Mr. Ciriaco on a curfew enforced by location monitoring. After speaking with Pretrial Services Officer Ashley Cosme, I write to request that the Court grant the Pretrial Services Agency with the discretion to set Mr. Ciriaco's curfew hours.

Respectfully submitted,
/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:  Kaylan Lasky (ECF).

**So Ordered:**

_____
**HONORABLE EDGARDO RAMOS**
**UNITED STATES DISTRICT JUDGE**
Dated: December 20, 2021