**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

# MEMO ENDORSED

March 7, 2022

**BY ECF**
Honorable Judge Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The pretrial conference is adjourned to April 13, 2022 at 10 a.m. Speedy trial time is excluded from March 8, 2022 until April 13, 2022, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   3/7/2022
> New York, New York

Re:   **United States v. Erik Ciriaco**
      **21 Cr. 450 (ER)**

Dear Judge Ramos,

    With the consent of the Government, I write to request an adjournment of Mr. Ciriaco's status conference until the second week of April. The defense submitted a mitigation package to the Government to assist in negotiaitong a pretrial resolution. The mitigation materials are still under review. Therefore, I request an adjournment to give the parties additional time to reach a pretrial resolution in this matter. As noted above, the Government consents to this request. Both parties are available the week of April 11 (**except** April 15 and the afternoon of April 12).

    The Government requests the exclusion of time until the next status conference. On behalf of Mr. Ciriaco, I consent to the exclusion of time.

Respectfully submitted,
/s/_____
Zawadi Baharanyi
Assistant Federal Defender of New York
917-612-2753

cc:   Kaylan Lasky (ECF).