**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 28, 2022

BY ECF
Honorable Judge Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Erik Ciriaco**
      **21 Cr. 450 (ER)**

Dear Judge Ramos,

    With the consent of the Government, I write to request that tomorrow's status conference be conducted remotely. Mr. Ciriaco lives with his partner who is now pregnant. To reduce the risk of COVID exposure to him and his family, I ask that tomorrow's conference be conducted by telephone or video. Mr. Ciriaco consents to proceeding remotely. The parties will address scheduling for the case moving forward and the defense does not anticipate raising any substantive issues.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York
917-612-2753

cc:   Kaylan Lasky (ECF).

---

The June 29, 2022 conference will occur by telephone.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___6/28/2022___
New York, New York