# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 6, 2022

**VIA ECF and EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
c/o: ChambersNYSDRamos@nysd.uscourts.gov

> The bail condition of curfew with location monitoring is hereby removed.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/6/2022
> New York, New York

**Re:    United States v. Erik Ciriaco**
**       21 Cr. 450 (ER)**

Dear Judge Ramos:

With the consent of the Pretrial Services Agency, I write to respectfully request that the Court modify Mr. Ciriaco's bail conditions to remove the condition curfew with location monitoring. Pretrial reached out to defense counsel about putting in this request because of Mr. Ciriaco's sustained compliance on Pretrial release.

On May 13, 2021, Magistrate Judge Sarah Netburn imposed, <u>inter alia</u> the following bail conditions upon Mr. Trippitelli: a $75,000 personal recognizance bond cosigned by two FRPs; travel limitations to SDNY and EDNY; surrendering of all travel documents (with no new applications); Pretrial Supervision as directed by PTS; Home detention and location monitoring; Mr. Ciriaco's fiancé was to serve as a third-party custodian; and that Mr. Ciriaco was to complete a detox program at the direction of PTS. On December 15th, 2021, Your Honor granted a bail modification taking Mr. Ciriaco off home detention and placing him on curfew enforced by location monitoring.

Mr. Ciriaco has been doing exceptionally well on pre-trial release. He completed an in-patient detox program, and now regularly attends outpatient programming at Samaritan Daytop Village. He is enrolled in college and holds steady employment. Pretrial is in support of this modification because Mr. Ciriaco "continues to work, attend school, and participate in his treatment sessions."

Respectfully Submitted,

Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel: 212-417-8735

cc: AUSA Kaylan Lasky
    Pretrial Officer Ashley L. Cosme