**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

# MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2022

**BY ECF**
Honorable Judge Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Defense's request for an extension of the pretrial motions deadlines is granted. Defense motions will be due November 21, 2022 and the Government's response will be due December 21, 2022.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: October 20, 2022
> New York, New York

**Re:     United States v. Erik Ciriaco
            21 Cr. 450 (ER)**

Dear Judge Ramos,

With the consent of the Government, I write to request an extension of the pretrial motions deadlines by approximately one month, with defense motions due November 21 and Government responses due December 21. The additional time would allow the defense to finish considering and preparing any pretrial motions. It also provides the parites with additional time to discuss a potential pretrial resolution.

Respectfully submitted,
/s/_____
Zawadi Baharanyi
Assistant Federal Defender of New York
917-612-2753

cc:     Kaylan Lasky (ECF).