**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 26, 2023

**MEMO ENDORSED**

BY ECF
Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Erik Ciriaco**
      **21 Cr. 450 (ER)**

Dear Judge Ramos,

    With the consent of the Government, I write to request that the Court extend the deadline for Mr. Ciriaco's sentencing submission to October 30, 2023, with the Government's Submission due the following week on November 6. The defense requests this additional time to finish gathering and updating Mr. Ciriaco's mitigation materials to aid in the Court's assessment of the appropriate sentence under 18 U.S.C. 3553(a).

    Thanks you for your consideration of this request.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York
Counsel for Humberto Bello

cc:   AUSA Kaylan Lasky.

**SO ORDERED:**

_____
**HONORABLE EDGARDO RAMOS**
**United States District Judge**

Dated: October 27, 2023