

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 14, 2026

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The VOSR status conference is adjourned to June 24, 2026, at 11:30 a.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 5/15/2026
> New York, New York

Re:    United States v. Erik Ciriaco,
         21 Cr. 450 (ER)

Dear Judge Ramos:

The parties jointly write to respectfully request an adjournment of the upcoming status conference, relating to the above-captioned defendant's alleged violations of supervised release, which is currently scheduled for May 21, 2026.

As the Court is aware, the predicate for the defendant's alleged violations is a pending state case. The parties understand that trial in that case is scheduled to commence on June 5, 2026, and the parties therefore respectfully request that the Court adjourn the upcoming VOSR conference to a date in late June or early July 2026. The parties are available on the following dates, if convenient for the Court: June 23, June 24, June 29, July 1, July 13-17, and July 20-24, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc:  Zawadi Baharanyi, Esq. (via ECF)