

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

## MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 17, 2026

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The application is granted. The status conference scheduled for June 24, 2026, is adjourned to July 21, 2026, at 11 a.m.
>
> SO ORDERED
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 6/22/2026
> New York, New York

    Re:    <u>United States v. Erik Ciriaco</u>,
                21 Cr. 450 (ER)

Dear Judge Ramos:

       The parties jointly write to respectfully request an adjournment of the upcoming status conference, relating to the above-captioned defendant's alleged violations of supervised release, which is currently scheduled for June 24, 2026.

       As the Court is aware, the predicate for the defendant's alleged violations is a pending state case. The parties understand that a hearing in that case has been adjourned and is now scheduled to begin on July 15, 2026. The parties therefore respectfully request that the Court adjourn the upcoming VOSR conference to a date in late July 2026. The parties are available on the following dates, if convenient for the Court: July 20, 21, 27, or 28, 2026.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:        /s/
                        Kaylan E. Lasky
                        Assistant United States Attorney
                        (212) 637-2315

cc: Zawadi Baharanyi, Esq. (via ECF)