**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2026

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The VOSR conference is adjourned to August 20, 2026, 11 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/17/2026
New York, New York

Re: United States v. Erik Ciriaco, 21 Cr. 450 (ER)

Dear Judge Ramos:

The parties jointly write to respectfully request an adjournment of the upcoming status conference for the above-captioned defendant's alleged violations of supervised release, which is currently scheduled for July 21, 2026.

A hearing in the defendant's state case has been adjourned to July 28, 2026. The parties therefore respectfully request that the Court adjourn the upcoming VOSR conference to a date in August 2026. The parties and U.S. Probation Officer Adam Pakula are available on the following dates, if convenient for the Court: August 17, 20, and 21, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Zawadi Baharanyi, Esq. (via ECF)