UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

Plaintiff,

*-against-*

ERIK CIRIACO,

Defendant.

**ORDER**

21-cr-00450 (ER)

RAMOS, D.J.:

The conference presently scheduled for August 20, 2026, is adjourned to September 2, 2026, at 10:30 a.m.

It is SO ORDERED.

Dated: August 18, 2026
New York, New York

EDGARDO RAMOS
United States District Judge