Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2026

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Erik Ciriaco*, 21 Cr. 450 (ER)**

Honorable Judge Ramos:

The parties write to respectfully request an adjournment of the upcoming status conference on the alleged violation of supervised release.

A hearing in Mr. Ciriaco's state case has been adjourned to September 9, 2026. The parties respectfully request that the Court adjourn the upcoming VOSR conference to a date later in September. The parties and U.S. Probation Officer Adam Pakula are available on the following dates, if convenient for the Court: September 10, September 15 and September 18 (available between 12:00 and 3:00).

Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc: AUSA Kaylan Lasky, Esq.
USPO Adam Pakula

The status conference is adjourned to September 15, 2026 at 2:30 p.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/31/2026
New York, New York